Brian Maddox #1205878
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

Clerk, United States Dist Court
P.O. Box 2797
Camden, New Jersey 08101

RECEIVED
FEB 22 2022
AT 8:30
WILLIAM T. WALSH
CLERK

Dear U.S. Clerk:

Please find enclosed one original 42 U.S.C. 1983 to be filed accordingly, along with a Certification of my account of a Six Month Statement attached with Affidavit of Poverty.

Respectfully Submitted.

Dated: November, 2021

By: Brian Maddox
Brian Maddox
0501892971
1205878

2-10-2022

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

_Brian Maddox_

(Enter above the full name of the plaintiff in this action)

COMPLAINT

V.

_Sgt. Mendoza_
_New Jersey State Prison et, al._
_Major Sears et, al._

(Enter the full name of the defendant of defendants in this action)

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

FEB 22 2022

## INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.  If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.  If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.  Jurisdiction is asserted pursuant to (CHECK ONE)

   _X_ 42 U.S.C. §1983 (applies to state prisoners)

   ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

1b.  Indicate whether you are a prisoner or other confined person as follows:

   ___ Pretrial detainee

   ___ Civilly-committed detainee

   ___ Immigration detainee

   _X_ Convicted and sentenced state prisoner

   ___ Convicted and sentenced federal prisoner

   ___ Other: (please explain)_____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): _____None_____

Defendant(s): _____N/A_____

b. Court and docket number: _____N/A_____

c. Grounds for dismissal: ( ) frivolous   ( ) malicious

   ( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _____N/A_____

e. Approximate date of disposition: _____N/A_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _____New Jersey State Prison_____

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: _____Brian Maddox_____

Address: Second & Federal Street P.O. Box 861

Inmate #: ~~#~~ 1205878

b. First defendant:

Name: Sgt. Mendoza

Official position: Sgt. of the Mail Room

Place of employment: New Jersey State Prison

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Sgt. Mendoza deliberately opened outgoing mail continue to withhold outgoing and incoming mail for which has complicated my legal fight with the Court, because of these antics, which is causing time barred issue from the the delay in delivering my legal mail

c. Second defendant:

Name: Major Sears

Official position: Major/Custody Supervisor

Place of employment: New Jersey State Prison

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Major Sears is the Supervisor over Sgt. Mendoza whom has continuously allowed Sgt. Mendoza to interfere with my outgoing mail and deliver my legal mail on a timely manner after being informed of Sgt Mendoza actions in this matter

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes  ___ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   I wrote up each incident on the kiosk as it had occured, But was shunned off as if this complaint was a pestering matter

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   N/A

6. Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   Approximately one year ago my legal mail was delivered to me by an inmate at the New Jersey State Prison, Clearly this delivery of my legal mail throw for a loop, and I chalked up as a mistake, however this situation occured again, I immediately contacted the mail room supervisor Sgt. Mendoza and was advised the matter would be taken care of,

On numerous of occasions I sent out complaint relating to the delivery of my mail and legal mail. This has also included all my outgoing mail being opened and read prior to being sent out to my family and attorney.

I recently addressed this issue with the mail room Sgt. Mendoza for that he is the supervisor of the prison mailroom and was told that I was pestering him and that he knows his job and he don't give a "fuck" about my mail. I then informed Sgt. Mendoza that I had contacted my lawyer in relation to this matter, for that he was concerned about me not meeting some court orders, but I had not received the legal mail that included the courts orders.

On approximately December 18, 2020 these incidents started occurring, that has escalated to my mail that outgoing was opened and then stapled together when my family received it. I have kept a record of all the legal and regular mail incidents that has occurred against me.

I strongly believe that these incidents occurring against me stems from me being an out of state inmate transfer, for that both Sgt. Mendoza and his supervisor Major Sears knows the importance of an inmate and/or prisoners importance of family and legal correspondence, so from the date again of December 18, 2020 I have suffered many of days of not knowing where my outgoing legal mail has gone, as well as regular US mail being sent to my family. I also ask permission to Amend this Complaint.

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I humbly ask that this Court Sanction and protect Inmate and/or prisoners from any nefarious actions by any prison authorities by withholding of either delaying court or attorney sent legal correspondences.

_Monitary damages in the Amount of 10. Million U.S. currency, for mental and physical abuse by the hands of prison officials_

8. Do you request a jury or non-jury trial? (Check only one)

    (✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __FEBRUARY__, 20__22__

_Brian Maddrey_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).